In the Matter of the Claim of HILA D. JEFFREYES, Appellant, against CHARLES H. SAGER COMPANY et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — injuries arising from gradual poisoning caused by dipping fingers many times a day in chemical solution not accidental.*

*Jeffreyes* v. *Sager Co.*, 198 App. Div. 446, affirmed.

(Argued February 28, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1921, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the claim. The claimant was employed by a photographer in the development of photographic plates. It was necessary for her, more than five hundred times each day, to dip plates, held in her left hand, into a poisonous chemical solution. Having performed this work continuously for more than a week, her fingers became red and swollen. She then went to a physician who gave her treatment. Eventually the end of the little finger of her left hand became mummified, gangrene set in, and an amputation thereof becoming necessary, was performed. The pathological cause of her injuries was the contraction of the blood vessels of her finger through the gradual action of the chemical solution. The Appellate Division held that there was no accident involved for two reasons: *First,* " the contact made by claimant between her hand and the solution was voluntary and intentional," and, *second,* " the injuries resulted from no occurrence which is referrable to any particular moment of time which is definitive."

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for appellants.

*E. C. Sherwood, William B. Davis* and *Benjamin C. Loder* for respondents.

Order affirmed on opinion of H. T. KELLOGG, J., below, with costs against the state industrial board.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN and CRANE, JJ. Dissenting: HOGAN and ANDREWS, JJ. Absent: CARDOZO, J.